# United States District Court

DISTRICT OF Rhode Island

USA v. Scott Brown

## EXHIBIT AND WITNESS LIST

CASE NUMBER: 1:08-MJ-19M

| PRESIDING JUDGE | ~~PLAINTIFF'S~~ Govt ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| MJ Martin | Z. Chafee | Frank Flanagan |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 3-17-08 | | Martha Saucier |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | W-1 | | | Tammara Harty |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.